Priority ___
Send ___
Enter ___
Closed ___
JS-5/(JS-6) ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RODNEY E. UNGER | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 08-05097-RGK (PLAx) |
| v. | |
| LISA DU BOISE | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable <u>R. GARY KLAUSNER</u>, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

RODNEY E. UNGER

~~take nothing; that the action be dismissed on the merits; and that the defendant(s):~~

LISA DU BOISE

recover of the plaintiff(s) its costs of action, taxed in the sum TO BE DETERMINED BY THE CLERK OF COURT.

Clerk, U. S. District Court

Dated: 3/11/10

By S. WILLIAMS
Deputy Clerk

At: LOS ANGELES

cc: Counsel of record

CV-44 (11/96)             JUDGMENT ON THE VERDICT FOR DEFENDANT(S)